

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00239-CR

**IN RE** Danny **ALLEN**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

Delivered and Filed:   April 23, 2025

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On April 11, 2025, petitioner filed a petition for writ of habeas corpus. Having considered the petition for writ of habeas corpus and arguments therein, we have determined that petitioner is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2019CR6311, styled *State of Texas vs Danny Cejay Allen*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.